UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>WHITEHEAD BROTHERS COMPANY,<br>*et al*.,<br>    Defendants. | 1:20-mc-515<br><br>(Original Civil Action No. 17-GG) |

## [~~PROPOSED~~] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: November 30, 2020

_____
United States District Court Judge
Southern District of New York
Edgardo Ramos